UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRY LEO MUNOZ | ) | Case No.: 1:23-cv-00181-BAM |
| Plaintiff, | ) ) | ~~[PROPOSED]~~ ORDER EXTENDING BRIEFING SCHEDULE |
| v. | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include August 6, 2023, in which to file Plaintiff's Motion for Summary Judgment; and that all other deadlines set forth in the February 6, 2023 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: __June 16, 2023__          /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE